■ JOHN LANGDON et al., Appellants, v TOWN OF WEBSTER et al., Respondents. (Appeal No. 1.) [706 NYS2d 924] —Order unanimously affirmed without costs. Same Memorandum as in *Langdon v Town of Webster* ([appeal No. 2] 270 AD2d 896 [decided herewith]). (Appeal from Order of Supreme Court, Monroe County, Fisher, J.—Recusal.) Present—Pigott, Jr., P. J., Hayes, Hurlbutt and Scudder, JJ. [*See,* 182 Misc 2d 603.]